UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY ALAN STANIFER, SR.; and
NANCY STANIFER,

        Plaintiffs,

v.   Case No. 6:14-cv-1192-Orl-37DAB

CORIN USA LIMITED, INC.; and
STRYKER CORPORATION OF
MICHIGAN,

        Defendants.

## ORDER

This cause is before the Court *sua sponte*. On November 10, 2014, the Court entered an Order granting Defendants' Motion to Dismiss (Doc. 9) and dismissing Plaintiffs' Complaint (Doc. 2). (Doc. 40.) The Court granted Plaintiffs leave to file an Amended Complaint on or before Friday, November 28, 2014, and the Court warned Plaintiffs that the action would be closed if they did not file an Amended Complaint "in the time prescribed by [the] Order." (Doc. 40, p. 9.) To date, no Amended Complaint has been filed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **Dismissed Without Prejudice**. The Clerk of the Court is directed to **CLOSE** this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 2, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record